# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2024

## NO. 03-23-00491-CV

**George Michael Bogle, Appellant**

**v.**

**Karen Bass and Lynn Smith, Not Individually But In Their Capacity as Successor Co-Trustees on behalf of the Amended and Restated George E. Bogle and Nancy T. Bogle Joint Revocable Trust, dated March 2, 2021, Appellees**

### APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the order signed by the trial court on July 21, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.